```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANTENELLA CHIARAMONTE et al.,<br><br>Defendants. | 21-cr-652(JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On January 9, 2024, the Court received a *pro se* letter from defendant Antonella Chiaramonte (which will be filed concurrently on the docket herewith), requesting early termination of her period of supervised release. The principal basis Chiaramonte provided for this request is that the terms of her supervision make it difficult for her to travel out-of-state for work. Probation has indicated they oppose this request for early termination, including on the grounds that any out-of-state travel can be approved by Probation. The Government has submitted an opposition similarly opposing early termination. Substantially for the reasons expressed in the Government's opposition, the Court hereby denies defendant's request for early termination of her supervised release.

SO ORDERED.

New York, NY
January 22, 2024

_____
JED S. RAKOFF, U.S.D.J.

1